

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00631-CV

_____

IN RE JONATHAN C. EDGAR, RED BULL NORTH AMERICA, INC., AND RED BULL DISTRIBUTION COMPANY, INC., Relators

Original Proceeding
271st District Court of Wise County, Texas
Trial Court No. CV24-04-289

Before Birdwell, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered the parties' "Joint Motion to Dismiss Petition for Writ of Mandamus" and is of the opinion that the motion should be granted. Accordingly, having previously abated this mandamus proceeding, we reinstate it. We vacate our November 25, 2025 order staying the trial court proceedings, grant the joint motion to dismiss, and dismiss both relators' petition for writ of mandamus and motion for temporary relief.

Per Curiam

Delivered:  February 10, 2026